# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**JOSEPH C. NILLES,**

    Plaintiff,

**-vs-**

            **CASE NO.    1:10-CV-919**

            **Judge Timothy S. Black**

**GIVAUDAN N FLAVORS CORP.,**

    Defendant.

## JUDGMENT IN A CIVIL CASE

**[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Defendant's Motion for Summary Judgment (Doc. 14) is **GRANTED**;  and that the case is **TERMINATED** from the docket of the Court.

Date:  May 1, 2012                        **JAMES BONINI, CLERK**

                                          By: *s/ M. Rogers*
                                          Deputy Clerk