**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**JOSEPH C. NILLES,**

    Plaintiff,

                                                      **CASE NO.    1:10-CV-919**

**-vs-**

                                                      **Judge Timothy S. Black**

**GIVAUDAN N FLAVORS CORP.,**

    Defendant.

---

### JUDGMENT IN A CIVIL CASE

---

**[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Defendant's Motion for Summary Judgment (Doc. 14) is **GRANTED**; and that the case is **TERMINATED** from the docket of the Court.

Date:  May 1, 2012                                    **JAMES BONINI, CLERK**

                                                                        By: *s/ M. Rogers*
                                                                        Deputy Clerk